# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

SHIRLEY A. CALDERON,

      Plaintiff,

vs.

SYNERGETIC COMMUNICATIONS, INC.,

      Defendant.

**Civil File No. 08-2498-JAR-GLR**

**STIPULATION OF DISMISSAL
WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the plaintiff Shirley A. Calderon, and the defendant, Synergetic Communications, Inc. hereby stipulate to the dismissal of the above-styled case and any claims that were raised or that could have been raised in this action, with prejudice, each side to bear its own costs and attorneys fees.

Respectfully submitted,

Dated:   01/22/09

By  /s/ J. Mark Meinhardt
J. Mark Meinhardt, #20245
4707 College Boulevard, Suite 100
Leawood, KS 66211
(913) 451-9797
(913) 451-6163 (fax)
ATTORNEY FOR PLAINTIFF

Dated:   01/22/09

By  /s/ Mark V. Bodine
Mark V. Bodine, #13216
11125 Johnson Dr., Suite A
Shawnee, KS 66203
(913) 631-2727
(913) 631-2726 (fax)
ATTORNEY FOR DEFENDANT